# Exhibit A –
# Plaintiff's Complaint and Jury Demand, Appearance for Defendant Lowe's

Original - Court 2nd Copy - Plaintiff
1st Copy- Defendant 3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>23-016180-NO<br>Hon.David J. Allen |
|---|---|---|

Court telephone no.: 313-224-0250

| Plaintiff's name(s), address(es), and telephone no(s)<br>SCHROEDER-COOPER, CHRISTINE | v | Defendant's name(s), address(es), and telephone no(s).<br>LOWE'S HOME CENTERS, LLC |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>Joseph J. Ceglarek 56791<br>31731 Northwestern Hwy Ste 333<br>Farmington Hills, MI 48334-1669 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________________ Court, where it was given case number ______________ and assigned to Judge ______________.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>12/14/2023 | Expiration date*<br>3/14/2024 | Court clerk<br>Carla Keefe |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.



THIRD JUDICIAL CIRCUIT OF MICHIGAN

23-016180-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2023 2:08 PM Carla Keefe

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHRISTINE SCHROEDER-COOPER,

Plaintiff,

vs

Case No. 23 - NO
Hon.

LOWE'S HOME CENTERS, LLC,

Defendant.

/

JOSEPH J. CEGLAREK II (P56791)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31731 Northwestern Hwy., Ste 333
Farmington Hills, MI 48334
(248) 538-3151 / Fax: (248) 248-6008
jceglarek@sambernstein.com
pferus@sambernstein.com
abarnett@sambernstein.com

/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

/s/ Joseph J. Ceglarek, II

THE SAM BERNSTEIN LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

**COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, CHRISTINE SCHROEDER-COOPER, by and through her attorneys, The Sam Bernstein Law Firm, PLLC, by Joseph J. Ceglarek II, and for her cause of action against the Defendant, LOWE'S HOME CENTERS, LLC and respectfully states to this Honorable Court as follows:

1. That Plaintiff, CHRISTINE SCHROEDER-COOPER, at all times pertinent hereto, was a resident of the City of Canton, County of Wayne, State of Michigan.

2. That upon information and belief and for times relevant herein, Defendant, LOWE'S HOME CENTER, LLC, is a foreign corporation which operates a LOWE'S HOME IMPROVEMENT store at 44080 Ford Road, Canton, Michigan and whose resident agent is CSC-LAWYERS INCORPORATING SERVICE, which is located at 601 Abbot Road in East Lansing, MI 48823.

3.. That all the acts, transactions and occurrences arose in the City of Canton, County of Wayne, State of Michigan

4. That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

5. That on or about May 8, 2022, the above-named Defendant was then and there the owner, operator and/or in control of the premises located above, exercising control over the interior and exterior of the premises including the aisleways of the building.

6. That on the aforementioned date, Plaintiff CHRISTINE SCHROEDER-COOPER, was lawfully upon the above-named premises, and while walking carefully did trip and fall to the ground with great force and violence due to the dangerous conditions then and there existing, to-wit: ***loose and/or detached binding material.***

7. That at all times relevant hereto, Defendant owed a duty to Plaintiff, who was lawfully upon the premises, to maintain its premises in a safe condition free from danger, to exercise reasonable care to diminish the hazards relating to the premises, and such duties further required that reasonable and appropriate measures, in light of existing and created circumstances, be taken to prevent dangerous conditions.

THE SAM BERNSTEIN LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

8. That at all times relevant hereto, the Defendant owed a duty to Plaintiff, lawfully proceeding upon the premises, to keep said premises in a safe condition, free from dangerous conditions then and there existing.

9. That in total disregard of such duties the Defendant, at all times material herein, breached said duties in one or more of the following particulars, but not necessarily limited to:

*(a)* *Negligently, carelessly and recklessly creating a dangerous and hazardous condition to individuals who traverse said premises, to wit: water on the floor;*

*(b)* *Negligently, carelessly and recklessly maintaining their premises in a dangerous condition when it was known, or should have been known that the particular configurements and uses of their property posed a propensity toward the formation of a hazardous and unsafe condition, to wit:* ***loose and/or detached binding material on the floor;***

*(c)* *Negligently, carelessly and recklessly increasing the hazard of walking on the premises by the creation of the aforesaid defect and by failing to correct said situation;*

*(d)* *Negligently, carelessly and recklessly failing to keep the vestibule area within said premises properly clear and free from hazards after the affirmative acts of Defendant did create, cause and/or contribute to an unnatural defect as hereinbefore described;*

*(e)* *Negligently, carelessly and recklessly allowing an unnatural condition to remain on the premises so as to endanger those persons lawfully upon same;*

*(f)* *Negligently, carelessly and recklessly failing to repair a dangerous condition then and there existing on the premises;*

*(g)* *Negligently, carelessly and recklessly maintaining a hazardous condition on the Defendant's premises;*

*(h)* *Negligently, carelessly and recklessly failing to provide Plaintiff with reasonable and safe means of necessary access in and about said premises;*

*(i)* *Negligently, carelessly and recklessly failing to keep the premises and all common areas therein fit for foreseeable uses;*

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

(j) *Negligently, carelessly and recklessly failing to remove said defect after notice of the dangerous condition thereof;*

(k) *Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff and those like her from and against the hazards described herein;*

(l) *Negligently, carelessly and recklessly allowing said premises to become and remain in poor repair;*

(m) *Negligently, carelessly and recklessly failing to inspect said premises so as to discover a dangerous condition of which Defendant knew, or had reason to know existed;*

(n) *Negligently, carelessly and recklessly failing to alleviate a dangerous condition which Defendant knew, or had reason to know existed;*

(o) *Negligently, carelessly and recklessly failing to warn Plaintiff and those like her of the dangerous condition then and there existing;*

(p) *In otherwise negligently, carelessly and recklessly failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person under the same or similar circumstances, and in otherwise causing the injuries and damages to Plaintiff as hereinafter alleged;*

(q) *Negligently, carelessly and recklessly being guilty of other acts of negligence currently unknown to Plaintiff, but which will be ascertained through the discovery process.*

9. That as a direct and proximate result of the negligent acts and/or omissions on the part of the Defendant, Plaintiff, CHRISTINE SCHROEDER-COOPER, was caused to fall to the ground with great force and violence and to suffer severe, grievous and permanent personal injuries, disability and damages, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to:

(a) *Displaced fracture of the left arm/elbow radial head;*

(b) *Severe scarring and disfigurement;*

(c) *Injury to head, neck, back, spine, jaw, and upper and/or lower extremities;*

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

(d) *Post traumatic arthritis;*

(e) *Various and diverse injuries to the extremities with all attendant injuries to bones, muscles, tissues, nerves, cartilages, ligaments and tendons thereof;*

(f) *Pain, suffering, discomfort, disability, extreme physical and emotional suffering;*

(g) *Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;*

(h) *Loss of wages, earnings and of the natural enjoyments of life;*

(i) *Expenditures for physicians, hospitals, medicinal things, including various liens for subrogation and substances.*

WHEREFORE, Plaintiff, CHRISTINE SCHROEDER-COOPER, prays that this Honorable Court award her damages in whatever amount to which she is entitled to receive, together with costs, interest and attorney fees.

Respectfully submitted,
THE SAM BERNSTEIN LAW FIRM, PLLC

/s/ *Joseph J. Ceglarek II*
JOSEPH J. CEGLAREK II (P56791)
Attorneys for Plaintiff
31731 Northwestern Hwy, Ste. 333
Farmington Hills, MI 48334
(248) 538-3151 /Fax: (248) 785-6008
jceglarek@sambernstein.com
pferus@sambernstein.com
abarnett@sambernstein.com

Dated: December 14, 2023

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

23-016180-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2023 2:08 PM Carla Keefe

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHRISTINE SCHROEDER-COOPER,

Plaintiff,

vs

Case No. 23 - NO
Hon.

LOWE'S HOME CENTERS, LLC,

Defendant.

_______________________________________________/

JOSEPH J. CEGLAREK II (P56791)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31731 Northwestern Hwy., Ste 333
Farmington Hills, MI 48334
(248) 538-3151 / Fax: (248) 248-6008
jceglarek@sambernstein.com
pferus@sambernstein.com
abarnett@sambernstein.com

_______________________________________________/

**JURY DEMAND**

NOW COMES the Plaintiff, by and through her attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by Joseph J. Ceglarek II, and hereby respectfully requests a trial by jury in the above-entitled cause of action.

THE SAM BERNSTEIN LAW FIRM, PLLC

*/s/ Joseph J. Ceglarek II*
JOSEPH J. CEGLAREK II (P56791)
Attorneys for Plaintiff
31731 Northwestern Hwy, Ste. 333
Farmington Hills, MI 48334
(248) 538-3151
jceglarek@sambernstein.com
pferus@sambernstein.com
abarnett@sambernstein.com

Dated: December 14, 2023

THE SAM BERNSTEIN LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

23-016180-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 1/4/2024 3:45 PM Laverne Chapman

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHRISTINE SCHROEDER-COOPER,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

Defendant.

Case No. 23-016180-NO

Judge: David J. Allen

THE SAM BERNSTEIN LAW FIRM, PLLC
JOSEPH J. CEGLAREK, II (P56791)
Attorneys for Plaintiff
31731 Northwestern Hwy., Ste. 333
Farmington Hills, MI 48334
(248) 538-3151
(248) 248-6008 fax
jceglarek@sambernstein.com
pferus@sambernstein.com
abarnett@sambernstein.com

PLUNKETT COONEY
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010
(248) 901-4040 fax
rnimmo@plunkettcooney.com

**APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE and enter my Appearance as counsel on behalf of Defendant, Lowe's Home Centers, LLC.

PLUNKETT COONEY

Dated: 1/4/24

By: /s/ Ridley S. Nimmo, II
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010
rnimmo@plunkettcooney.com

**PROOF OF SERVICE**

CHRISTINE J. KNOTTS hereby certifies that on the 4th day of January, 2024, she caused to be served a copy of APPEARANCE ON BEHALF OF DEFENDANT and PROOF OF SERVICE via MiFile TrueFiling electronic filing with Wayne County Circuit Court, which will provide electronic notice of this filing to all counsel of record.

*/s/ Christine J. Knotts*
CHRISTINE J. KNOTTS

Open.28226.40033.32952548-1